1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   L. ERIC JOHNSON
3  Attorney in Charge
   J. GREGORY DAMM
4  Assistant United States Attorney
   Organized Crime Strike Force
5  333 Las Vegas Blvd. South, Suite 5037
   Las Vegas, Nevada 89101
6  Telephone: (702) 388-6336
   Facsimile: (702) 388-6418

7

# UNITED STATES DISTRICT COURT

8

# DISTRICT OF NEVADA

9

## -oOo-

10

11  UNITED STATES OF AMERICA,                )    CRIMINAL INDICTMENT
                                             )
12          Plaintiff,                       )
                                             )    CR-S-05- _121_ KJD(ɾɹʃ)
13          vs.                              )
                                             )
14  ROBERT DAVID KAHRE,                      )    Violations:
    DANNIELLE R. ALIRES,                     )
15  JOEL R. AXBERG,                          )    18 U.S.C. § 371 - Conspiracy to Attempt to
    MYRA L. BUONOMO,                         )    Evade or Defeat Tax
16  ENRIQUE CEBALLOS,                        )
    ROBERT J. FURMAN,                        )    26 U.S.C. § 7201 - Attempt to Evade or Defeat
17  JAMES M. GULLEY,                         )    Tax
    DONALD J. HAMILTON,                      )
18  DONALD W. HAMILTON,                      )    26 U.S.C. § 7202 - Wilful Failure to Collect or
    JOHN W. KAHRE,                           )    Pay Over Tax
19  LORI A. KAHRE,                           )
    ALEXANDER C. LOGLIA,                     )
20  JOSE L. G. MATEOS,                       )
    MISTY D. MORGAN,                         )
21  RICHARD J. POSER, SR.,                   )
    HEIDI J. RASMUSSEN,                      )
22  GEORGE RODRIGUEZ,                        )
    DEBRA A. ROSENBAUM,                      )
23  STEVEN T. ROSENBAUM ,                    )
    RON RUGGLES,                             )
24  THERESA H. WHITNEY,                      )
    WILLIAM A. WHITNEY,                      )
25                                           )
            Defendants.                      )
26

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
Willful Failure to Collect or Pay Over Tax

On or about April 30, 1999, in the State and Federal District of Nevada,

**ROBERT DAVID KAHRE.**

the defendant herein, a resident of Las Vegas, Nevada, who conducted a business as a sole proprietorship under the name and style of Production Air Conditioning, with its principal place of business in Las Vegas, Nevada, and who, during the first quarter of the year 1999, ending March 31, 1999, willfully failed to collect and truthfully account for and pay over to the Internal Revenue Service, federal income taxes and Federal Insurance Contributions Act taxes in the approximate sum of $42,320.94, (FICA $15,307.57 + FWT $27,013.37) due and owing to the United States of America, from the total taxable wages of approximately $100,049.50 for his employees for the said quarter ending March 31, 1999, all in violation of Title 26, United States Code, Section 7202.

**COUNT TWO**
Willful Failure to Collect or Pay Over Tax

On or about April 30, 1999, in the State and Federal District of Nevada,

**ROBERT DAVID KAHRE.**

the defendant herein, a resident of Las Vegas, Nevada, who conducted a business as a sole proprietorship under the name and style of Production Plumbing, with its principal place of business in Las Vegas, Nevada, and who, during the first quarter of the year 1999, ending March 31, 1999, willfully failed to collect and truthfully account for and pay over to the Internal Revenue Service, federal income taxes and Federal Insurance Contributions Act taxes in the approximate sum of $17,973.27, (FICA $6,500.97 + FWT $11,472.30) due and owing to the United States of America, from the total taxable wages of approximately $42,490.00 for his employees for the said quarter ending March 31, 1999, all in violation of Title 26, United States Code, Section 7202.

. . .

## COUNT THREE
Willful Failure to Collect or Pay Over Tax

On or about April 30, 1999, in the State and Federal District of Nevada,

## ROBERT DAVID KAHRE,

the defendant herein, a resident of Las Vegas, Nevada, who conducted a business as a sole proprietorship under the name and style of Sherman Tile and Marble, with its principal place of business in Las Vegas, Nevada, and who, during the first quarter of the year 1999, ending March 31, 1999, willfully failed to collect and truthfully account for and pay over to the Internal Revenue Service, federal income taxes and Federal Insurance Contributions Act taxes in the approximate sum of $32,269.16, (FICA $11,671.82 + FWT $20,597.33) due and owing to the United States of America, from the total taxable wages of approximately $76,286.42 for his employees for the said quarter ending March 31, 1999, all in violation of Title 26, United States Code, Section 7202.

## COUNT FOUR
Willful Failure to Collect or Pay Over Tax

On or about April 30, 1999, in the State and Federal District of Nevada,

## ROBERT DAVID KAHRE,

the defendant herein, a resident of Las Vegas, Nevada, who conducted a business as a sole proprietorship under the name and style of Wright Painting and Drywall - Texas, with a place of business in Las Vegas, Nevada, and who, during the first quarter of the year 1999, ending March 31, 1999, willfully failed to collect and truthfully account for and pay over to the Internal Revenue Service, federal income taxes and Federal Insurance Contributions Act taxes in the approximate sum of $5,655.09, (FICA $2,045.46 + FWT $3,609.63) due and owing to the United States of America, from the total taxable wages of approximately $13,369.00 for his employees for the said quarter ending March 31, 1999, all in violation of Title 26, United States Code, Section 7202.

. . .

. . .

## COUNT FIVE
### Willful Failure to Collect or Pay Over Tax

On or about April 30, 1999, in the State and Federal District of Nevada.

### ROBERT DAVID KAHRE,

the defendant herein, a resident of Las Vegas, Nevada, who conducted a business as a sole proprietorship under the name and style of Wright Painting and Drywall, with its principal place of business in Las Vegas, Nevada, and who, during the first quarter of the year 1999, ending March 31, 1999, willfully failed to collect and truthfully account for and pay over to the Internal Revenue Service, federal income taxes and Federal Insurance Contributions Act taxes in the approximate sum of $116,302.16, (FICA $42,066.74 + FWT $74,235.42) due and owing to the United States of America, from the total taxable wages of approximately $274,946.00 for his employees for the said quarter ending March 31, 1999, all in violation of Title 26, United States Code, Section 7202.

## COUNT SIX
### Willful Failure to Collect or Pay Over Tax

On or about July 31, 1999, in the State and Federal District of Nevada.

### ROBERT DAVID KAHRE,

the defendant herein, a resident of Las Vegas, Nevada, who conducted a business as a sole proprietorship under the name and style of Production Air Conditioning, with its principal place of business in Las Vegas, Nevada, and who, during the second quarter of the year 1999, ending June 30, 1999, willfully failed to collect and truthfully account for and pay over to the Internal Revenue Service, federal income taxes and Federal Insurance Contributions Act taxes in the approximate sum of $52,296.98, (FICA $18,915.93 + FWT $33,381.05) due and owing to the United States of America, from the total taxable wages of approximately $123,633.50 for his employees for the said quarter ending June 30, 1999, all in violation of Title 26, United States Code, Section 7202.

. . .

. . .

## COUNT SEVEN
### Willful Failure to Collect or Pay Over Tax

On or about July 31, 1999, 1999, in the State and Federal District of Nevada,

## ROBERT DAVID KAHRE,

the defendant herein, a resident of Las Vegas, Nevada, who conducted a business as a sole proprietorship under the name and style of Production Plumbing, with its principal place of business in Las Vegas, Nevada, and who, during the second quarter of the year 1999, ending June 30, 1999, willfully failed to collect and truthfully account for and pay over to the Internal Revenue Service, federal income taxes and Federal Insurance Contributions Act taxes in the approximate sum of $16,736.84, (FICA $6,053.75 + FWT $10,683.09) due and owing to the United States of America, from the total taxable wages of approximately $39,567.00 for his employees for the said quarter ending June 30, 1999, all in violation of Title 26, United States Code, Section 7202.

## COUNT EIGHT
### Willful Failure to Collect or Pay Over Tax

On or about July 31, 1999, 1999, in the state and federal District of Nevada,

## ROBERT DAVID KAHRE,

the defendant herein, a resident of Las Vegas, Nevada, who conducted a business as a sole proprietorship under the name and style of Sherman Tile and Marble, with its principal place of business in Las Vegas, Nevada, and who, during the second quarter of the year 1999, ending June 30, 1999, willfully failed to collect and truthfully account for and pay over to the Internal Revenue Service, federal income taxes and Federal Insurance Contributions Act taxes in the approximate sum of $61,677.63, (FICA $22,308.93 + FWT $39,368.70) due and owing to the United States of America, from the total taxable wages of approximately $145,810.00 for his employees for the said quarter ending June 30, 1999, all in violation of Title 26, United States Code, Section 7202.

. . .

. . .

## COUNT NINE
Willful Failure to Collect or Pay over Tax

On or about July 31, 1999, 1999, in the State and Federal District of Nevada,

## ROBERT DAVID KAHRE,

the defendant herein, a resident of Las Vegas, Nevada, who conducted a business as a sole proprietorship under the name and style of Wright Painting and Drywall - Texas, with a place of business in Las Vegas, Nevada, and who, during the second quarter of the year 1999, ending June 30, 1999, willfully failed to collect and truthfully account for and pay over to the Internal Revenue Service, federal income taxes and Federal Insurance Contributions Act taxes in the approximate sum of $4,535.83, (FICA $1,640.62 + FWT $2,895.21) due and owing to the United States of America, from the total taxable wages of approximately $10,723.00 for his employees for the said quarter ending June 30, 1999, all in violation of Title 26, United States Code, Section 7202.

## COUNT TEN
Willful Failure to Collect or Pay Over Tax

On or about July 31, 1999, 1999, in the State and Federal District of Nevada,

## ROBERT DAVID KAHRE,

the defendant herein, a resident of Las Vegas, Nevada, who conducted a business as a sole proprietorship under the name and style of Wright Painting and Drywall, with its principal place of business in Las Vegas, Nevada, and who, during the second quarter of the year 1999, ending June 30, 1999, willfully failed to collect and truthfully account for and pay over to the Internal Revenue Service, federal income taxes and Federal Insurance Contributions Act taxes in the approximate sum of $110,289.21, (FICA $39,891.84 + FWT $70,397.37) due and owing to the United States of America, from the total taxable wages of approximately $260,731.00 for his employees for the said quarter ending June 30, 1999, all in violation of Title 26, United States Code, Section 7202.

. . .

. . .

**COUNT ELEVEN**
Willful Failure to Collect or Pay Over Tax

On or about October 31, 1999, in the State and Federal District of Nevada,

**ROBERT DAVID KAHRE,**

the defendant herein, a resident of Las Vegas, Nevada, who conducted a business as a sole proprietorship under the name and style of Production Air Conditioning, with its principal place of business in Las Vegas, Nevada, and who, during the third quarter of the year 1999, ending September 30, 1999, willfully failed to collect and truthfully account for and pay over to the Internal Revenue Service, federal income taxes and Federal Insurance Contributions Act taxes in the approximate sum of $51,680.76, (FICA $18,693.04 + FWT $32,987.72) due and owing to the United States of America, from the total taxable wages of approximately $122,176.75 for his employees for the said quarter ending September 30, 1999, all in violation of Title 26, United States Code, Section 7202.

**COUNT TWELVE**
Willful Failure to Collect or Pay Over Tax

On or about October 31, 1999, in the State and Federal District of Nevada,

**ROBERT DAVID KAHRE,**

the defendant herein, a resident of Las Vegas, Nevada, who conducted a business as a sole proprietorship under the name and style of Production Plumbing, with its principal place of business in Las Vegas, Nevada, and who, during the third quarter of the year 1999, ending September 30, 1999, willfully failed to collect and truthfully account for and pay over to the Internal Revenue Service, federal income taxes and Federal Insurance Contributions Act taxes in the approximate sum of $19,879.31, (FICA $7,190.39 + FWT $12,688.92) due and owing to the United States of America, from the total taxable wages of approximately $46,996.00 for his employees for the said quarter ending September 30, 1999, all in violation of Title 26, United States Code, Section 7202.

## COUNT THIRTEEN
Willful Failure to Collect or Pay Over Tax

On or about October 31, 1999, in the State and Federal District of Nevada,

## ROBERT DAVID KAHRE,

the defendant herein, a resident of Las Vegas, Nevada, who conducted a business as a sole proprietorship under the name and style of Sherman Tile and Marble, with its principal place of business in Las Vegas, Nevada, and who, during the third quarter of the year 1999, ending September 30, 1999, willfully failed to collect and truthfully account for and pay over to the Internal Revenue Service, federal income taxes and Federal Insurance Contributions Act taxes in the approximate sum of $59,496.64, (FICA $21,520.06 + FWT $37,976.58) due and owing to the United States of America, from the total taxable wages of approximately $140,654.00 for his employees for the said quarter ending September 30, 1999, all in violation of Title 26, United States Code, Section 7202.

## COUNT FOURTEEN
Willful Failure to Collect or Pay Over Tax

On or about October 31, 1999, in the State and Federal District of Nevada,

## ROBERT DAVID KAHRE,

the defendant herein, a resident of Las Vegas, Nevada, who conducted a business as a sole proprietorship under the name and style of Wright Painting and Drywall - Texas, with a place of business in Las Vegas, Nevada, and who, during the third quarter of the year 1999, ending September 30, 1999, willfully failed to collect and truthfully account for and pay over to the Internal Revenue Service, federal income taxes and Federal Insurance Contributions Act taxes in the approximate sum of $28,009.37, (FICA $10,131.05 + FWT $17,878.32) due and owing to the United States of America, from the total taxable wages of approximately $66,216.00 for his employees for the said quarter ending September 30, 1999, all in violation of Title 26, United States Code, Section 7202.

. . .

. . .

**COUNT FIFTEEN**
Willful Failure to Collect or Pay Over Tax

On or about October 31, 1999, in the State and Federal District of Nevada,

**ROBERT DAVID KAHRE,**

the defendant herein, a resident of Las Vegas, Nevada, who conducted a business as a sole proprietorship under the name and style of Wright Painting and Drywall, with its principal place of business in Las Vegas, Nevada, and who, during the third quarter of the year 1999, ending September 30, 1999, willfully failed to collect and truthfully account for and pay over to the Internal Revenue Service, federal income taxes and Federal Insurance Contributions Act taxes in the approximate sum of $114,445.19, (FICA $41,395.07 + FWT $73,050.12) due and owing to the United States of America, from the total taxable wages of approximately $270,556.00 for his employees for the said quarter ending September 30, 1999, all in violation of Title 26, United States Code, Section 7202.

**COUNT SIXTEEN**
Willful Failure to Collect or Pay Over Tax

On or about January 31, 2000, in the State and Federal District of Nevada,

**ROBERT DAVID KAHRE,**

the defendant herein, a resident of Las Vegas, Nevada, who conducted a business as a sole proprietorship under the name and style of Production Air Conditioning, with its principal place of business in Las Vegas, Nevada, and who, during the fourth quarter of the year 1999, ending December 31, 1999, willfully failed to collect and truthfully account for and pay over to the Internal Revenue Service, federal income taxes and Federal Insurance Contributions Act taxes in the approximate sum of $65,458.83, (FICA $23,676.60 + FWT $41,782.23) due and owing to the United States of America, from the total taxable wages of approximately $154,749.00 for his employees for the said quarter ending December 31, 1999, all in violation of Title 26, United States Code, Section 7202.

. . .

. . .

## COUNT SEVENTEEN
Willful Failure to Collect or Pay Over Tax

On or about January 31, 2000, in the State and Federal District of Nevada,

## ROBERT DAVID KAHRE,

the defendant herein, a resident of Las Vegas, Nevada, who conducted a business as a sole proprietorship under the name and style of Production Plumbing, with its principal place of business in Las Vegas, Nevada, and who, during the fourth quarter of the year 1999, ending December 31, 1999, willfully failed to collect and truthfully account for and pay over to the Internal Revenue Service, federal income taxes and Federal Insurance Contributions Act taxes in the approximate sum of $30,657.35, (FICA $11,088.83 + FWT $19,568.52) due and owing to the United States of America, from the total taxable wages of approximately $72,476.00 for his employees for the said quarter ending December 31, 1999, all in violation of Title 26, United States Code, Section 7202.

## COUNT EIGHTEEN
Willful Failure to Collect or Pay Over Tax

On or about January 31, 2000, in the State and Federal District of Nevada,

## ROBERT DAVID KAHRE,

the defendant herein, a resident of Las Vegas, Nevada, who conducted a business as a sole proprietorship

under the name and style of Sherman Tile and Marble, with its principal place of business in Las Vegas, Nevada, and who, during the fourth quarter of the year 1999, ending December 31, 1999, willfully failed to collect and truthfully account for and pay over to the Internal Revenue Service, federal income taxes and Federal Insurance Contributions Act taxes in the approximate sum of $37,638.12, (FICA $13,613.79 + FWT $24,024.33) due and owing to the United States of America, from the total taxable wages of approximately $88,979.00 for his employees for the said quarter ending December 31, 1999, all in violation of Title 26, United States Code, Section 7202.

## COUNT NINETEEN
Willful Failure to Collect or Pay Over Tax

On or about January 31, 2000, in the State and Federal District of Nevada,

## ROBERT DAVID KAHRE,

the defendant herein, a resident of Las Vegas, Nevada, who conducted a business as a sole proprietorship under the name and style of Wright Painting and Drywall - Texas, with a place of business in Las Vegas, Nevada, and who, during the fourth quarter of the year 1999, ending December 31, 1999, willfully failed to collect and truthfully account for and pay over to the Internal Revenue Service, federal income taxes and Federal Insurance Contributions Act taxes in the approximate sum of $23,422.36, (FICA $8,471.92 + FWT $14,950.44) due and owing to the United States of America, from the total taxable wages of approximately $55,372.00 for his employees for the said quarter ending December 31, 1999, all in violation of Title 26, United States Code, Section 7202.

## COUNT TWENTY
Willful Failure to Collect or Pay Over Tax

On or about January 31, 2000, in the State and Federal District of Nevada,

## ROBERT DAVID KAHRE,

the defendant herein, a resident of Las Vegas, Nevada, who conducted a business as a sole proprietorship under the name and style of Wright Painting and Drywall, with its principal place of business in Las Vegas, Nevada, and who, during the fourth quarter of the year 1999, ending December 31, 1999, willfully failed to collect and truthfully account for and pay over to the Internal Revenue Service, federal income taxes and Federal Insurance Contributions Act taxes in the approximate sum of $184,737.64, (FICA $66,820.00 + FWT $117,917.64) due and owing to the United States of America, from the total taxable wages of approximately $436,732.00 for his employees for the said quarter ending December 31, 1999, all in violation of Title 26, United States Code, Section 7202.

. . .

. . .

## COUNT TWENTY-ONE
### Attempt to Evade or Defeat Tax

During the calendar year 2002, in the State and Federal District of Nevada,

### DANNIELLE R. ALIRES,

the defendant herein, a resident of Las Vegas, Nevada, had and received taxable wages in the sum of $27,300; that upon said taxable income of $19,600, there was owing to the United States of America an income tax of $2,664; that well knowing and believing the foregoing facts, **DANNIELLE R. ALIRES**, on or about April 15, 2003, in the District of Nevada, did willfully attempt to evade and defeat the said income tax due and owing by her to the United States of America for said calendar year by failing to make an income tax return on or before April 15, 2003, as required by law to any proper officer of the Internal Revenue Service, by failing to pay to the Internal Revenue Service said income tax, and by concealing and attempting to conceal from all proper officers of the United States of America her true and correct income and by conducting employment payroll transactions in gold, silver and/or cash, all in violation of Title 26, United States Code, Section 7201.

## COUNT TWENTY-TWO
### Attempt to Evade or Defeat Tax

On or about April 15, 1999, in the State and Federal District of Nevada,

### JOEL R. AXBERG,

the defendant herein, a resident of Las Vegas, Nevada, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for the calendar year 1998, by filing and causing to be filed with the Director, Internal Revenue Service Center, at Ogden, Utah, a false and fraudulent U.S. Individual Income Tax Return, form 1040A, wherein he stated that his taxable income for the calendar year 1998, was the sum of $5,586.09, whereas, as he then and there well knew and believed, his taxable income for the said calendar year was the sum of $16,046.09, upon which said taxable income there was owing to the United States of America an additional income tax of $3,046, all in violation of Title 26, United States Code, Section 7201.

## COUNT TWENTY-THREE
Attempt to Evade or Defeat Tax

During the calendar year 2001, in the State and Federal District of Nevada,

### MYRA L. BUONOMO,

the defendant herein, a resident of Las Vegas, Nevada, had and received taxable wages in the sum of $23,400; that upon said taxable income of $15,950, there was owing to the United States of America an income tax of $2,096; that well knowing and believing the foregoing facts, **MYRA L. BUONOMO**, on or about April 15, 2002, in the District of Nevada, did willfully attempt to evade and defeat the said income tax due and owing by her to the United States of America for said calendar year by failing to make an income tax return on or before April 15, 2002, as required by law to any proper officer of the Internal Revenue Service, by failing to pay to the Internal Revenue Service said income tax, and by concealing and attempting to conceal from all proper officers of the United States of America her true and correct income and by conducting employment payroll transactions in gold, silver and/or cash, all in violation of Title 26, United States Code, Section 7201.

## COUNT TWENTY-FOUR
Attempt to Evade or Defeat Tax

On or about April 15, 1999, in the State and Federal District of Nevada,

### ENRIQUE CEBALLOS,

the defendant herein, a resident of Las Vegas, Nevada, who during the calendar year 1998 was married, did willfully attempt to evade and defeat a large part of the income tax due and owing by him and his spouse to the United States of America for the calendar year 1998, by filing and causing to be filed with the Director, Internal Revenue Service Center, at Ogden, Utah, a false and fraudulent joint U.S. Individual Income Tax Return, form 1040, on behalf of himself and his spouse, wherein he stated that their joint taxable income for the calendar year 1998, was the sum of $4,555, whereas, as he then and there well knew and believed, their joint taxable income for the said calendar year was the sum of $276,446, upon which said joint taxable

. . . .

1    income there was owing to the United States of America an additional income tax of $84,606, all in violation

2    of Title 26, United States Code, Section 7201.

3                       **COUNT TWENTY-FIVE**
Attempt to Evade or Defeat Tax

4

5         On or about April 15, 2001, in the State and Federal District of Nevada,

6                   **ROBERT J. FURMAN,**

7    the defendant herein, a resident of Las Vegas, Nevada, who during the calendar year 2000 was married, did

8    willfully attempt to evade and defeat a large part of the income tax due and owing by him and his spouse to

9    the United States of America for the calendar year 2000, by filing and causing to be filed with the Director,

10    Internal Revenue Service Center, at Ogden, Utah, a false and fraudulent joint U.S. Individual Income Tax

11    Return, form 1040, on behalf of himself and his spouse, wherein he stated that their joint taxable income for

12    the calendar year 2000, was the sum of $13,376, whereas, as he then and there well knew and believed, their

13    joint taxable income for the said calendar year was the sum of $32,341, upon which said joint taxable income

14    there was owing to the United States of America an additional income tax of $2,843, all in violation of Title

15    26, United States Code, Section 7201.

16                       **COUNT TWENTY-SIX**
Attempt to Evade or Defeat Tax

17

18         During the calendar year 1999, in the State and Federal District of Nevada,

19                  **JAMES M. GULLEY,**

20    the defendant herein, a resident of Las Vegas, Nevada, had and received taxable wages in the sum of

21    $29,801; that upon said taxable income of $23,451, there was owing to the United States of America an

22    income tax of $3,533; that well knowing and believing the foregoing facts, **JAMES M. GULLEY,** on or

23    about April 15, 2000, in the District of Nevada, did willfully attempt to evade and defeat the said income tax

24    due and owing by him to the United States of America for said calendar year by failing to make an income

25    tax return on or before April 15, 2000, as required by law to any proper officer of the Internal Revenue

26    Service, by failing to pay to the Internal Revenue Service said income tax, and by concealing and attempting

1    to conceal from all proper officers of the United States of America his true and correct income and by

2    conducting employment payroll transactions in gold, silver and/or cash, all in violation of Title 26, United

3    States Code, Section 7201.

**COUNT TWENTY-SEVEN**
Attempt to Evade or Defeat Tax

During the calendar year 1998, in the State and Federal District of Nevada,

**DONALD J. HAMILTON,**

the defendant herein, a resident of Las Vegas, Nevada, had and received taxable wages in the sum of $22,385; that upon said taxable income of $15,435, there was owing to the United States of America an income tax of $2,314; that well knowing and believing the foregoing facts, DONALD J. HAMILTON, on or about April 15, 1999, in the District of Nevada, did willfully attempt to evade and defeat the said income tax due and owing by him to the United States of America for said calendar year by failing to make an income tax return on or before April 15, 1999, as required by law to any proper officer of the Internal Revenue Service, by failing to pay to the Internal Revenue Service said income tax, and by concealing and attempting to conceal from all proper officers of the United States of America his true and correct income and by conducting employment payroll transactions in gold, silver and/or cash, all in violation of Title 26, United States Code, Section 7201.

**COUNT TWENTY-EIGHT**
Attempt to Evade or Defeat Tax

On or about April 15, 2000, in the State and Federal District of Nevada,

**DONALD W. HAMILTON,**

the defendant herein, a resident of Las Vegas, Nevada, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for the calendar year 1999, by filing and causing to be filed with the Director, Internal Revenue Service Center, at Ogden, Utah, a false and fraudulent U.S. Individual Income Tax Return, form 1040PC, wherein he stated that his taxable income for the calendar year 1999, was the sum of $14,199, whereas, as he then and there well knew and believed, his

1    taxable income for the said calendar year was the sum of $24,948, upon which said taxable income there was

2    owing to the United States of America an income tax of $1,913, all in violation of Title 26, United States

3    Code, Section 7201.

4                              ## COUNT TWENTY-NINE
                              Attempt to Evade or Defeat Tax

5

6            During the calendar year 2000, in the State and Federal District of Nevada,

7                              **JOHN W. KAHRE,**

8    the defendant herein, a resident of Las Vegas, Nevada, had and received taxable wages in the sum of

9    $31,145; that upon said taxable income of $23,945, there was owing to the United States of America an

10   income tax of $3,589; that well knowing and believing the foregoing facts, **JOHN W. KAHRE,** on or about

11   April 15, 2001, in the District of Nevada, did willfully attempt to evade and defeat the said income tax due

12   and owing by his to the United States of America for said calendar year by failing to make an income tax

13   return on or before April 15, 2001, as required by law to any proper officer of the Internal Revenue Service,

14   by failing to pay to the Internal Revenue Service said income tax, and by concealing and attempting to conceal

15   from all proper officers of the United States of America his true and correct income and by conducting

16   employment payroll transactions in gold, silver and/or cash, all in violation of Title 26, United States Code,

17   Section 7201.

18                             ## COUNT THIRTY
                              Attempt to Evade or Defeat Tax

19

20           On or about  April 15, 1999, in the State and Federal  District of Nevada,

21                             **LORI A. KAHRE (RASMUSSEN),**

22   the defendant herein, a resident of Las Vegas, Nevada, who during the calendar year 1998 was married, did

23   willfully attempt to evade and defeat a large part of the income tax due and owing by her and her spouse to

24   the United States of America for the calendar year 1998, by filing and causing to be filed with the Director,

25   Internal Revenue Service Center, at Ogden, Utah, a false and fraudulent joint U.S. Individual Income Tax

26   Return, form 1040, on behalf of herself and her spouse, wherein she stated that their joint taxable income for

1   the calendar year 1998, was the sum of $32,384, whereas, as she then and there well knew and believed,

2   their joint taxable income for the said calendar year was the sum of $58,325, upon which said joint taxable

3   income there was owing to the United States of America an additional income tax of $5,970, all in violation

4   of Title 26, United States Code, Section 7201.

5                              **COUNT THIRTY-ONE**
                                Attempt to Evade or Defeat Tax
6

7            During the calendar year 1998, in the State and Federal District of Nevada,

8                          **ALEXANDER C. LOGLIA,**

9   the defendant herein a resident of Las Vegas, Nevada, had and received taxable wages in the sum of

10  $38,896; that upon said taxable income of $31,946, there was owing to the United States of America an

11  income tax of $5,644; that well knowing and believing the foregoing facts, **ALEXANDER C. LOGLIA,**

12  on or about April 15, 1999, in the District of Nevada, did willfully attempt to evade and defeat the said

13  income tax due and owing by his to the United States of America for said calendar year by failing to make

14  an income tax return on or before April 15, 1999, as required by law to any proper officer of the Internal

15  Revenue Service, by failing to pay to the Internal Revenue Service said income tax, and by concealing and

16  attempting to conceal from all proper officers of the United States of America his true and correct income

17  and by conducting employment payroll transactions in gold, silver and/or cash, all in violation of Title 26,

18  United States Code, Section 7201.

19                             **COUNT THIRTY-TWO**
                                Attempt to Evade or Defeat Tax
20

21           During the calendar year 2001, in the State and Federal District of Nevada,

22                          **JOSE L. G. MATEOS,**
                                aka, Jose L. Gonzalez,
23                              aka Chilango Gonzalez, and,
                                aka Luis Gonzalez,
24  the defendant herein, a resident of Las Vegas, Nevada, had and received taxable wages in the sum of

25  $120,874; that upon said taxable income of $113,424, there was owing to the United States of America an

26  income tax of $28,947; that well knowing and believing the foregoing facts, **JOSE L. G. MATEOS,** on or

1   about April 15, 2002, in the District of Nevada, did willfully attempt to evade and defeat the said income tax

2   due and owing by his to the United States of America for said calendar year by failing to make an income

3   tax return on or before April 15, 2002, as required by law to any proper officer of the Internal Revenue

4   Service, by failing to pay to the Internal Revenue Service said income tax, and by concealing and attempting

5   to conceal from all proper officers of the United States of America his true and correct income and by

6   conducting employment payroll transactions in gold, silver and/or cash, all in violation of Title 26, United

7   States Code, Section 7201.

8                  **COUNT THIRTY-THREE**
                    Attempt to Evade or Defeat Tax

9

10        On or about  April 15, 1999, in the State and Federal District of Nevada,

11                    **MISTY D. MORGAN,**

12   the defendant herein, a resident of Las Vegas, Nevada, did willfully attempt to evade and defeat a large part

13   of the income tax due and owing by her to the United States of America for the calendar year 1998, by filing

14   and causing to be filed with the Director, Internal Revenue Service Center, at Ogden, Utah, a false and

15   fraudulent U.S. Individual Income Tax Return, form 1040EZ, wherein she stated that her taxable income for

16   the calendar year 1998, was the sum of $3,802, whereas, as she then and there well knew and believed, her

17   taxable income for the said calendar year was the sum of $19,938, upon which said taxable income there was

18   owing to the United States of America an income tax of $2,415, all in violation of Title 26, United States

19   Code, Section 7201.

20                   **COUNT THIRTY-FOUR**
                    Attempt to Evade or Defeat Tax

21

22        During the calendar year 2000, in the State and Federal District of Nevada,

23                **RICHARD J.  POSER, SR.,**

24   the defendant herein, a resident of Las Vegas, Nevada, had and received taxable wages in the sum of

25   $32,000; that upon said taxable income of $24,800, there was owing to the United States of America an

26   income tax of $3,724; that well knowing and believing the foregoing facts, **RICHARD J. POSER, SR.,**

1  on or about April 15, 2001, in the District of Nevada, did willfully attempt to evade and defeat the said

2  income tax due and owing by his to the United States of America for said calendar year by failing to make

3  an income tax return on or before April 15, 2001, as required by law to any proper officer of the Internal

4  Revenue Service, by failing to pay to the Internal Revenue Service said income tax, and by concealing and

5  attempting to conceal from all proper officers of the United States of America his true and correct income

6  and by conducting employment payroll transactions in gold, silver and/or cash, all in violation of Title 26,

7  United States Code, Section 7201.

8  ### COUNT THIRTY-FIVE
Attempt to Evade or Defeat Tax

9

10  On or about April 15, 1999, in the State and Federal District of Nevada,

11  ### HEIDI J. RASMUSSEN,

12  the defendant herein, a resident of Las Vegas, Nevada, who during the calendar year 1998 was married, did

13  willfully attempt to evade and defeat a large part of the income tax due and owing by her and her spouse to

14  the United States of America for the calendar year 1998, by filing and causing to be filed with the Director,

15  Internal Revenue Service Center, at Ogden, Utah, a false and fraudulent joint U.S. Individual Income Tax

16  Return, form 1040, on behalf of herself and her spouse, wherein she stated that their joint taxable income for

17  the calendar year 1998, was the sum of $21,020, whereas, as she then and there well knew and believed,

18  their joint taxable income for the said calendar year was the sum of $45,714, upon which said joint taxable

19  income there was owing to the United States of America an income tax of $4,144, all in violation of Title 26,

20  United States Code, Section 7201.

21  ### COUNT THIRTY-SIX
Attempt to Evade or Defeat Tax

22

23  On or about April 15, 1999, in the State and Federal District of Nevada,

24  ### GEORGE RODRIGUEZ,

25  the defendant herein, a resident of Las Vegas, Nevada, who during the calendar year 1998 was married, did

26  willfully attempt to evade and defeat a large part of the income tax due and owing by him and his spouse to

1    the United States of America for the calendar year 1998, by filing and causing to be filed with the Director,

2    Internal Revenue Service Center, at Ogden, Utah, a false and fraudulent joint U.S. Individual Income Tax

3    Return, form 1040, on behalf of himself and his spouse, wherein he stated that their joint taxable income for

4    the calendar year 1998, was the sum of $1,895, whereas, as he then and there well knew and believed, their

5    joint taxable income for the said calendar year was the sum of $20,014, upon which said joint taxable income

6    there was owing to the United States of America an income tax of $2,721, all in violation of Title 26, United

7    States Code, Section 7201.

8

## COUNT THIRTY-SEVEN
Attempt to Evade or Defeat Tax

9

10           On or about April 15, 1999, in the State and Federal District of Nevada,

11                     **DEBRA A. ROSENBAUM and
STEVEN T. ROSENBAUM,**

12

13    the defendants herein, residents of Las Vegas, Nevada, who during the calendar year 1998 were married,

14    did willfully attempt to evade and defeat a large part of the income tax due and owing by them to the United

15    States of America for the calendar year 1998, by filing and causing to be filed with the Director, Internal

16    Revenue Service Center, at Ogden, Utah, a false and fraudulent joint U.S. Individual Income Tax Return,

17    form 1040, on behalf of themselves, wherein they stated that their joint taxable income for the calendar year

18    1998, was the sum of $60,254, whereas, as they then and there well knew and believed, their joint taxable

19    income for the said calendar year was the sum of $87,110, upon which said joint taxable income there was

20    owing to the United States of America an income tax of $7,518, all in violation of Title 26, United States

21    Code, Section 7201.

22

## COUNT THIRTY-EIGHT
Attempt to Evade or Defeat Tax

23

24           During the calendar year 1999, in the State and Federal District of Nevada,

25                       **RON RUGGLES,**

26    the defendant herein, a resident of Las Vegas, Nevada, had and received taxable wages in the sum of

1  $18,520; that upon said taxable income of $12,170, there was owing to the United States of America an

2  income tax of $1,826; that well knowing and believing the foregoing facts, **RON RUGGLES**, on or about

3  April 15, 2000, in the District of Nevada, did willfully attempt to evade and defeat the said income tax due

4  and owing by him to the United States of America for said calendar year by failing to make an income tax

5  return on or before April 15, 2000, as required by law to any proper officer of the Internal Revenue Service,

6  by failing to pay to the Internal Revenue Service said income tax, and by concealing and attempting to conceal

7  from all proper officers of the United States of America his true and correct income and by conducting

8  employment payroll transactions in gold, silver and/or cash, all in violation of Title 26, United States Code,

9  Section 7201.

10                                          **COUNT THIRTY-NINE**
                                          Attempt to Evade or Defeat Tax

11

12              On or about April 15, 1999, in the State and Federal District of Nevada,

13                                  **THERESA H. WHITNEY and**
                                  **WILLIAM A. WHITNEY,**

14

15  the defendants herein, residents of Las Vegas, Nevada, who during the calendar year 1998 were married,

16  did willfully attempt to evade and defeat a large part of the income tax due and owing by them to the United

17  States of America for the calendar year 1998, by filing and causing to be filed with the Director, Internal

18  Revenue Service Center, at Ogden, Utah, a false and fraudulent joint U.S. Individual Income Tax Return,

19  form 1040, on behalf of themselves, wherein they stated that their joint taxable income for the calendar year

20  1998, was the sum of -$13,350, whereas, as they then and there well knew and believed, their joint taxable

21  income for the said calendar year was the sum of $44,708, upon which said joint taxable income there was

22  owing to the United States of America an income tax of $7,018, all in violation of Title 26, United States

23  Code, Section 7201.

24     . . .

25     . . .

26     . . .

## COUNT FORTY
Conspiracy to Attempt to Evade or Defeat Tax

From at least on or about January 1, 1998, through and including April 5, 2005, within the State and Federal District of Nevada, and elsewhere, the defendants,

**ROBERT DAVID KAHRE,**
**DANNIELLE R. ALIRES,**
**JOEL R. AXBERG,**
**MYRA L. BUONOMO,**
**ENRIQUE CEBALLOS,**
**ROBERT J. FURMAN,**
**JAMES M. GULLEY,**
**DONALD J. HAMILTON,**
**DONALD W. HAMILTON,**
**JOHN W. KAHRE,**
**LORI A. KAHRE,**
**ALEXANDER C. LOGLIA,**
**JOSE L. G. MATEOS,**
**MISTY D. MORGAN,**
**RICHARD J. POSER, SR.,**
**HEIDI J. RASMUSSEN,**
**GEORGE RODRIGUEZ,**
**DEBRA A. ROSENBAUM,**
**STEVEN T. ROSENBAUM,**
**RON RUGGLES,**
**THERESA H. WHITNEY, and,**
**WILLIAM A. WHITNEY,**

together and with each other and with other persons both known and unknown to the Grand Jury, did unlawfully, willfully, and knowingly combine, conspire, confederate and agree among themselves and each other to commit certain offenses against the United States as follows: to willfully attempt in any manner to evade or defeat any tax imposed by this title [Title 26 Internal Revenue Code] or the payment thereof, in violation of 26 U.S.C. § 7201.

### MANNER AND MEANS OF THE CONSPIRACY

It was part of the conspiracy that defendant, **ROBERT DAVID KAHRE** during calendar years 1998 through 2003, paid wages to his employees and of employees of other businesses with which he contracted to handle their payroll in gold, silver and/or cash which was taxable income to said employee

1   when received: that upon said taxable income there was owing to the United States of America an income

2   tax; and that the defendants.

3                               **ROBERT DAVID KAHRE,**
                                **DANNIELLE R. ALIRES,**
4                               **JOEL R. AXBERG,**
                                **MYRA L. BUONOMO,**
5                               **ENRIQUE CEBALLOS,**
                                **ROBERT J. FURMAN,**
6                               **JAMES M. GULLEY,**
                                **DONALD J. HAMILTON,**
7                               **DONALD W. HAMILTON,**
                                **JOHN W. KAHRE,**
8                               **LORI A. KAHRE,**
                                **ALEXANDER C. LOGLIA,**
9                               **JOSE L. G. MATEOS,**
                                **MISTY D. MORGAN,**
10                              **RICHARD J. POSER, SR.,**
                                **HEIDI J. RASMUSSEN,**
11                              **GEORGE RODRIGUEZ,**
                                **DEBRA A. ROSENBAUM,**
12                              **STEVEN T. ROSENBAUM,**
                                **RON RUGGLES,**
13                              **THERESA H. WHITNEY, and,**
                                **WILLIAM A. WHITNEY,**

14

15  did willfully attempt to defeat the said income tax due and owing by them to the United States of America

16  for said calendar years by concealing and attempting to conceal from all proper officers of the United States

17  of America their true and correct income in calendar years 1998 - 2003.

18                              <u>OVERT ACTS</u>

19          In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts,

20  among others, were committed in the District of Nevada and elsewhere:

21          (a)     Defendant, **ROBERT DAVID KAHRE** maintained office warehouse space located

22  at 6270 Kimberly Avenue, Las Vegas, Nevada. One room at this location was designated as the payroll

23  office. Employees would receive their week's wages in gold and silver coins at one payroll office window

24  which they would then exchange for an envelope with cash (federal reserve notes) at another adjacent payroll

25  window. During the course of this conspiracy, defendant **ROBERT DAVID KAHRE** paid approximately

26  $19,934,416 in cash wages to his employees in his various companies and paid approximately

1   $94,810,817 in cash wages to the employees of other contractors with whom he had agreed to provide

2   payroll services.

3           (b)     Defendant, **DANNIELLE R. ALIRES**, received approximately $41,800 in cash

4   wages from defendant, **ROBERT DAVID KAHRE** between 2001 - 2003.

5           (c)     Defendant, **JOEL R. AXBERG**, received approximately $190,099 in cash wages

6   from defendant, **ROBERT DAVID KAHRE** between 1998 - 2003.

7           (d)     Defendant, **MYRA L. BUONOMO**, received approximately $106,810 in cash

8   wages from defendant, **ROBERT DAVID KAHRE** between 1998 - 2003.

9           (e)     Defendant, **ENRIQUE CEBALLOS**, received approximately $3,130,024 in cash

10  wages from defendant, **ROBERT DAVID KAHRE** between 1998 - 2003.

11          (f)     Defendant, **ROBERT J. FURMAN**, received approximately $157,488 in cash

12  wages from defendant, **ROBERT DAVID KAHRE** between 2000 - 2003.

13          (g)     Defendant, **JAMES M. GULLEY**, received approximately $119,540 in cash

14  wages from defendant, **ROBERT DAVID KAHRE** between 1999 - 2003.

15          (h)     Defendant, **DONALD J. HAMILTON**, received approximately $146,731 in cash

16  wages from defendant, **ROBERT DAVID KAHRE** between 1998 - 2003.

17          (i)     Defendant, **DONALD W. HAMILTON**, received approximately $123,059 in

18  cash wages from defendant, **ROBERT DAVID KAHRE** between 1999 - 2003.

19          (j)     Defendant, **JOHN W. KAHRE**, received approximately $137,972 in cash wages

20  from defendant, **ROBERT DAVID KAHRE** between 1998 - 2003.

21          (k)     Defendant, **LORI A. KAHRE**, received approximately $160,940 in cash wages

22  from defendant, **ROBERT DAVID KAHRE** between 1998 - 2003.

23          (l)     Defendant, **ALEXANDER C. LOGLIA**, received approximately $318,692 in cash

24  wages from defendant, **ROBERT DAVID KAHRE** between 1998 - 2003.

25          (m)     Defendant, **JOSE L. G. MATEOS**, received approximately $628,674 in cash

26  wages from defendant, **ROBERT DAVID KAHRE** between 2000 - 2003.

1  (n)  Defendant, **MISTY D. MORGAN**, received approximately $25,128 in cash wages

2  from defendant, **ROBERT DAVID KAHRE** between 1998 - 1999.

3  (o)  Defendant, **RICHARD J. POSER, SR.**, received approximately $161,282 in

4  cash wages from defendant, **ROBERT DAVID KAHRE** between 2000 - 2003.

5  (p)  Defendant, **HEIDI J. RASMUSSEN**, received approximately $170,964 in cash

6  wages from defendant, **ROBERT DAVID KAHRE** between 1998 - 2003.

7  (q)  Defendant, **GEORGE RODRIGUEZ**, received approximately $207,417 in cash

8  wages from defendant, **ROBERT DAVID KAHRE** between 1998 - 2003.

9  (r)  Defendant, **DEBRA A. ROSENBAUM and STEVEN T. ROSENBAUM**,

10  received approximately $184,554 in cash wages from defendant, **ROBERT DAVID KAHRE** between

11  1998 - 2003.

12  (s)  Defendant, **RON RUGGLES**, received approximately $227,017 in cash wages

13  from defendant, **ROBERT DAVID KAHRE** between 1999 - 2003.

14  (t)  Defendant, **THERESA H. WHITNEY**, received approximately $87,955 in cash

15  wages from defendant, **ROBERT DAVID KAHRE** between 1998 - 2003.

16  (u)  Defendant, **WILLIAM A. WHITNEY**, received approximately $295,736 in cash

17  wages from defendant, **ROBERT DAVID KAHRE** between 1998 - 2003.

18  All in violation of Title 18, United States Code, Section 371 and Title 26, United States Code,

19  Section 7201.

20  **DATED:**  this ____5-th____ day of April 2005.

21  **A TRUE BILL:**

22  _____
   FOREPERSON OF THE GRAND JURY

23  DANIEL G. BOGDEN
   United States Attorney

24

25

26  J. GREGORY DAMM
   Assistant United States Attorney
   Organized Crime Strike Force

25