# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY:   COMPLAINT   INFORMATION   INDICTMENT     **DEFENDANT U.S. vs.**

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT

NEVADA, LAS VEGAS

ROBERT DAVID KAHRE

Address

Name and Office of Person Furnishing Information on THIS FORM   **TERRIE MURRAY**   U.S. Att'y   Other U.S. Agency

Birth Date     Male   Alien
    Female   (if applicable)

Name of Asst. U.S. Att'y (if assigned)   **J. GREGORY DAMM**

Social Security Number

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

IRS - JARED HALPER

## DEFENDANT

**IS NOT IN CUSTODY**

1) Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) Is a Fugitive
3) Is on Bail or Release from (show District)

person is awaiting trial in another Federal or State Court, give name of court

this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

**IS IN CUSTODY**

4) On this charge
5) On another conviction     }   Fed'l   State
6) Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

this is a reprosecution of charges previously dismissed which were dismissed on motion of:

   U.S. Att'y    Defense

SHOW DOCKET NO.

Has detainer been filed?   Yes / No   If "Yes" give date filed

this is prosecution relates to a pending case involving this same defendant

prior proceedings or appearance(s) before U.S. Magistrate judge regarding ▶ this defendant were recorded under

MAG. JUDGE CASE NO.

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY**

Place of offense   DISTRICT OF NEVADA

Petty
Minor
Misdemeanor
Felony

This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

CR-S-05-121 - KJD(RJJ)

18/371 - CONSPIRACY TO ATTEMPT TO EVADE OR DEFEAT TAX
26/7202 - WILLFUL FAILURE TO COLLECT OR PAY OVER TAX

PLEASE ISSUE SUMMONS

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD

APR - 5 2005

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

CO-DEFENDANTS: DANNIELLE R. ALIRES, JOEL R. AXBERG, MYRA L. BUONOMO, ENRIQUE CEBALLOS, ROBERT J. FURMAN, JAMES M. GULLEY, DONALD J. HAMILTON, DONALD W. HAMILTON, JOHN W. KAHRE, LORI A. KAHRE, ALEXANDER C. LOGLIA, JOSE L. G. MATEOS, MISTY D. MORGAN, RICHARD J. POSER, SR., HEIDI J. RASMUSSEN, GEORGE RODRIGUEZ, DEBRA A. ROSENBAUM, STEVEN T. ROSENBAUM, RON RUGGLES, THERESA H. WHITNEY, WILLIAM A. WHITNEY