Case 2:05-cr-00121-RCJ-RJJ   Document 24-2753834   Filed 04/05/05   Page 1 of 2

ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR -- 5  '05

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: MZ           DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN THE MATTER OF THE PARTIAL ) **MINUTES OF COURT**
REPORTS OF THE SPECIAL GRAND JURY )
THE **July 13, 2004** TERM. )
**04-1** ) DATE: **April 5, 2005, @1:18pm - 1:23p.m.**

PRESENT: The Honorable **Peggy A. Leen**, U.S. Magistrate Judge

DEPUTY CLERK: **Kerri Goetsch**     REPORTER: **Dennis Steiner**

UNITED STATES ATTORNEY: **Gregory Damm**

A roll of the Special Grand Jury is taken with **21** members present for deliberations which constituted a quorum. The foreperson of the Special Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **- 0 - SEALED** indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.

| Case | Defendant | Action |
|---|---|---|
| CR-S-05-0119-ECR(RJJ) | ROYCE JENNINGS (STATE CUSTODY - CCDC) | WARRANT |
| CR-S-05-0120-JCM(PAL) | ROBERT DAVID KAHRE | SUMMONS |
| | THOMAS ROY BROWNE | SUMMONS |
| | MYRA L. BUONOMO | SUMMONS |
| | DANILLE D. CLINE | SUMMONS |
| | LORI A. KAHRE | SUMMONS |
| | RICHARD W. WELLMAN | SUMMONS |
| CR-S-05-0121-KJD(RJJ) | ROBERT DAVID KAHRE | SUMMONS |
| | DANNIELLE R. ALIRES | SUMMONS |
| | JOEL R. AXBERG | SUMMONS |
| | MYRA L. BUONOMO | SUMMONS |
| | ENRIQUE CEBALLOS | SUMMONS |
| | ROBERT J. FURMAN | SUMMONS |
| | JAMES M. GULLEY | SUMMONS |
| | DONALD J. HAMILTON | SUMMONS |
| | DONALD W. HAMILTON | SUMMONS |
| | JOHN W. KAHRE | SUMMONS |
| | LORI A. KAHRE | SUMMONS |
| | ALEXANDER C. LOGLIA | SUMMONS |
| | JOSE L. G. MATEOS | SUMMONS |
| | MISTY D. MORGAN | SUMMONS |
| | RICHARD J. POSER, SR. | SUMMONS |
| | HEIDI J. RASMUSSEN | SUMMONS |
| | GEORGE RODRIGUEZ | SUMMONS |
| | DEBRA A. ROSENBAUM | SUMMONS |
| | STEVEN T. ROSENBAUM | SUMMONS |
| | RON RUGGLES | SUMMONS |
| | THERESA H. WHITNEY | SUMMONS |
| | WILLIAM A. WHITNEY | SUMMONS |

**24**

**IT IS ORDERED** that the **Initial Appearance and Arraignment & Plea** as to: <u>**CR-S-05-0119-ECR(RJJ)**</u> will be held on **TUESDAY, APRIL 12, 2005, at 3:00pm, before MAGISTRATE JUDGE ROBERT J. JOHNSTON in COURTROOM 3D.**

**IT IS ORDERED** that the **Arraignments & Pleas** as to: <u>**CR-S-05-0120-JCM(PAL); and CR-S-05-0121-KJD(RJJ)**</u> will be held on **MONDAY, APRIL 18, 2005, at 8:30am, before MAGISTRATE JUDGE ROBERT J. JOHNSTON in COURTROOM 3D.**

LANCE S. WILSON, Clerk
United States District Court

_____
Deputy Clerk

Sgjmo