# MINUTES

CASE NUMBER: 05CR00121DAE-RJJ

CASE NAME: USA v. Robert David Kahre, et al.

ATTYS FOR PLA: J.G. Damm
Christopher Maietta

ATTYS FOR DEFT: Michael Kennedy
William Cohan
Lisa Rasmussen
Lynn Panagakos
Joel Hansen

INTERPRETER:

JUDGE: David Alan Ezra REPORTER: Gayle Pichierri

DATE: 05/18/2009 TIME: 9:00am-12:15pm
1:00pm-6:15pm

COURT ACTION: EP: Jury Selection

Defendant Robert Kahre present, not in custody.

Defendant Lori Kahre present, not in custody.

Defendant Alexander Loglia present, not in custody.

Defendant Danille Cline present, not in custody.

[#2423]Defendants' Motion for Joint Challenges for Cause To Prospective Jurors by Lori A. Kahre as to Lori A. Kahre, Robert David Kahre, Alexander C. Loglia, and Danille D. Cline-List is Stricken. Counsel should use list as a basis for challenges for cause and raise such challenges affirmatively in Court.

[#2420]MOTION to Reconsider District Judge Order by USA as to Lori A. Kahre, Robert David Kahre, Alexander C. Loglia, Danille D. Cline-DENIED without prejudice. Counsel may raise the issue at the time of the exhibits' introduction as outlined by the Court on the record.

70 potential jurors present.

Jurors sworn.

Further Jury Selection/Jury Trial set for 5/19/2009 @9:00amDAE.

Defendants are continued on present terms of release.

Submitted by: Theresa Lam, Courtroom Manager