# MINUTES

CASE NUMBER:     05CR00121DAE-RJJ

CASE NAME:       USA v. Robert David Kahre, et al.

ATTYS FOR PLA:   J.G. Damm
                 Christopher Maietta

ATTYS FOR DEFT:  Michael Kennedy
                 William Cohan
                 Lynn Panagakos
                 Joel Hansen

INTERPRETER:

---

JUDGE:   David Alan Ezra         REPORTER:   Gayle Pichierri

DATE:    05/19/2009              TIME:       9:00am-12:20pm
                                             1:15pm-5:00pm

---

COURT ACTION: EP: Further Jury Selection/Jury Trial.

Defendant Robert Kahre present, not in custody.

Defendant Lori Kahre present, not in custody.

Defendant Alexander Loglia present, not in custody.

Defendant Danille Cline present, not in custody.

49 potential jurors present.

Defendants' Oral Motions to strike two of Government's peremptory challenges pursuant to Batson v. Kentucky. Challenge to Juror No. 002 - GRANTED. Challenge to Juror No. 247- DENIED for the reasons stated on the record.

12 jurors selected, 4 alternates.

Jury sworn.

Government's Opening Statement.

Defendant Lori Kahre's Opening Statement

Defendant Alexander Loglia's Opening Statement

Defendant Danille Cline's Opening Statement

Further Jury Trial-Day 2, set for 5/20/2009 @9:00amDAE.

Submitted by: Theresa Lam, Courtroom Manager