# MINUTES

CASE NUMBER: 05CR00121DAE-RJJ

CASE NAME: USA v. Robert David Kahre, et al.

ATTYS FOR PLA: J.G. Damm
Christopher Maietta

ATTYS FOR DEFT: Michael Kennedy
William Cohan
Lisa Rasmussen
Lynn Panagakos
Joel Hansen

INTERPRETER:

JUDGE: David Alan Ezra    REPORTER: Gayle Pichierri

DATE: 05/20/2009    TIME: 9:00am-12:15pm
1:15pm-5:00pm

COURT ACTION: EP: Further Jury Trial - Day 2.

Defendant Robert Kahre present, not in custody.

Defendant Lori Kahre present, not in custody.

Defendant Alexander Loglia present, not in custody.

Defendant Danille Cline present, not in custody.

12 jurors, 4 alternates, present.

Defendant Robert David Kahre's Opening Statement

Government's Witnesses: Rosie Lee, Jerri Mongiello, Raymond McRight, Susan Burger.

Government's Exhibits Received: 102.1.1-102.1.168, 102.2.1-102.2.17, 14.1-14.6, 320.2.1-320.2.62, 320.1.1-320.1.65, 324.3, 324.2, 324.1-324.695.

Further Jury Trial -Day 3, set for 5/21/2009 @9:00amDAE.

Defendants are continued on present terms of release.

Submitted by:  Theresa Lam, Courtroom Manager