# MINUTES

CASE NUMBER: 05CR00121DAE-RJJ

CASE NAME: USA v. Robert David Kahre, et al.

ATTYS FOR PLA: J.G. Damm
Christopher Maietta

ATTYS FOR DEFT: Michael Kennedy
William Cohan
Lisa Rasmussen
Lynn Panagakos
Joel Hansen

INTERPRETER:

---

JUDGE: David Alan Ezra    REPORTER: Gayle Pichierri

DATE: 05/21/2009    TIME: 9:00am-12:15pm
1:15pm-4:30pm

---

COURT ACTION: EP: Further Jury Trial - Day 3.

Defendant Robert Kahre present, not in custody.

Defendant Lori Kahre present, not in custody.

Defendant Alexander Loglia present, not in custody.

Defendant Danille Cline present, not in custody.

12 jurors, 4 alternates, present.

Government's Witnesses: Diane Worker, Steven M. Marshall, Karen Edwards, George Lyford

Government's Exhibits Received: 15.1.1-15.1.156, 15.2.1-15.2.15, 15.3.1-15.3.12, 15.4.1-5.4.17, 15.5.1-15.5.19, 15.6.1-15.6.23, 15.7.1-15.7.35, 15.10.1-15.10.34, 15.11.1, 190.1.1-190.1.3, 191.1.1-190.1.3, 191.1.1-191.1.4, 23.1.1-5, 23.2.1-10, 23.3.1-2, 63.2.365-371, 63.1.148, 63.2.515, 63.1.106-113, 63.4.215-219, 63.5.118-122, 63.3.1-15, 63.5.85-88, 1201, 63.7.1, 1116, 59.3.114, 73.17.1-5, 73.10.1-6.

Defendant's Exhibits Received: 1201, 1116, 5253-19, 5253-1, 5253-2, 5253-3, 5253-4.

Outside the presence of the jury, Court held a discussion with Ms. Panagakos and Ms. Cline.  Ms. Cline's presence is excused for today(5/21/09) and tomorrow(5/22/09).

Further Jury Trial -Day 4, set for 5/22/2009 @9:00amDAE.

Defendants are continued on present terms of release.

Submitted by:  Theresa Lam, Courtroom Manager