WILLIAM A. COHAN
WILLIAM A. COHAN, P.C.
Colo. Bar No. 7426; Calif. Bar No. 141804
P.O. Box 3448
Rancho Santa Fe, California 92067
(858) 832-1632; (858) 832-1845 (FAX)

LISA RASMUSSEN
LAW OFFICE OF LISA RASMUSSEN
NV Bar No 7491
616 South 8th Street
Las Vegas, NV 89101
(702) 471-1436; (702) 471-6540 (FAX)
lisa@lrasmussenlaw.com

Attorneys for Defendant
Robert Kahre

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR-S-05-0121-DAE(RJJ) |
| Plaintiff, | ) |
| v. | ) **DEFENDANT ROBERT KAHRE'S** |
| | ) **PROPOSED THEORY OF THE CASE** |
| ROBERT DAVID KAHRE, et al., | ) **JURY INSTRUCTION** |
| Defendants. | ) |

**CERTIFICATION**:  This Theory-of-The-Case Instruction is timely filed.

Defendant Robert Kahre, by and through counsel undersigned, respectfully submits the following theory-of-the-case instruction:

First, when a litigating party resorts to falsehood or other fraud in trying to establish a position, the trier of fact may conclude the position to be without merit and that the relevant facts are contrary to those asserted by the party.  Second, where a party withholds or seeks to suppress relevant evidence within its control, the trier of fact may conclude that such

evidence would be harmful to the party's cause.

GIVEN: _____

DENIED: _____

MODIFIED: _____

2 Wigmore, Evidence §278 [Chadbourne rev. 1979] at 133; *Interstate Circuit, Inc. v. United States,* 306 U.S. 208, 225-226 (1939); *U.S. v. Philatelic Leasing, Ltd.,* 601 F.Supp. 1554, 1565 (S.D.N.Y. 1985), *affirmed,* 794 F.2D 781 (2nd Cir. 1986).

RESPECTFULLY SUBMITTED this 9th day of August, 2009.

WILLIAM A. COHAN, P.C.

BY: /s/ *William A. Cohan*
WILLIAM A. COHAN

LAW OFFICE OF LISA RASMUSSEN

BY: */s/ Lisa Rasmussen*
LISA RASMUSSEN

Attorneys for Defendant ROBERT KAHRE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August, 2009, by filing electronically, I did serve the foregoing Defendant Robert Kahre's Proposed Theory Of The Case Jury Instruction, via the CM/ECF system on the following counsel:

**For Plaintiff USA:**
Christopher J. Maietta: christopher.j.maietta@usdoj.gov
J.G. Damm: gregg.damm@usdoj.gov

**For Defendant Alex Loglia:**
Joel F Hansen: Joelh@hrnvlaw.com

**For Defendant Rober Kahre:**
Lisa A Rasmussen: lisar@lvlpc.com

**For Defendant Lori Kahre:**
Michael Kennedy: michael_kennedy@fd.org,ECF_Reno@fd.org,rebecca_t6hole@fd.org

**For Defendant Danielle Cline:**
Lynn Panagakos: lynnpanagakos@yahoo.com

                                               /s/ *Sharon Standley*
                                               Sharon Standley, Legal Assistant