IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00121 DAE-RJJ |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| ROBERT DAVID KAHRE, | ) | |
| Defendant. | ) | |

## ORDER DIRECTING DEFENDANT RESPOND

The Court hereby orders Defendant Robert David Kahre to file a response, opposition, or statement of no opposition to the Government's Motion to Appoint Receiver (Doc. # 2779) within twenty days of the date of this Order.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 23, 2011.

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE