DANIEL G. BOGDEN
Nevada Bar #2137
United States Attorney
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov
Attorneys for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:05-CR-0121-DAE(RJJ) |
| vs. | ) | ORDER |
| ROBERT DAVID KAHRE, | ) | |
| Defendant. | ) | |

This matter came before the Court upon the United States for Motion for Extension of Time to file a reply to Defendant's Opposition to United States Motion to Appoint Receiver.

The Court having been advised on the request and good cause appearing, hereby GRANTS the United States Motion for an extension of time to file its reply now due April 25, 2011.

DATED this 30th day of March, 2011.

HONORABLE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE