IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-0121 DAE(RJJ) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT DAVID KAHRE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER SETTING HEARING DATE

The court hereby schedules a hearing on Monday, October 24, 2011, at 10:00 a.m., at the United States District Court for the District of Nevada, 333 Las Vegas Boulevard, South, Las Vegas, Nevada, in a courtroom to be assigned, on United States' Motion to Appoint Receiver (Doc. # 2779).

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 1, 2011.

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE