IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 2:05-00121 DAE-RJJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT DAVID KAHRE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DIRECTING THE GOVERNMENT TO PROVIDE NOTICE

Pursuant to Local Rule 78-2, the Court finds this matter suitable for disposition without a hearing.

On February 23, 2011, the Government filed a Motion to Appoint Receiver. (Doc. # 2779.) The Government seeks to appoint a receiver to "take control of and preserve" Defendant Robert David Kahre's assets, which purportedly include the following properties:

(1) 62436 Mink Lane, Summerville, Oregon

(2) 590 Sugar Leo Street, George, Utah

(3) 1525 Bledsoe Lane, Las Vegas, Nevada

(Id. at 4.) In Opposition, Defendant represents that these properties are owned solely, or in part, by individuals other than himself. (Doc. # 2786.) Specifically,

Defendant contends that the following individuals have an ownership interest in the aforementioned properties: (1) Myra Wellman, (2) Richard Wellman, (3) Danille Cline, and (4) John B. Nelson.  (Id. at 6–9.)

In an abundance of caution, and in keeping with due process, the Court hereby directs the United States Attorneys' Office to immediately serve by certified mail, return receipt requested, those four individuals with notice of the Government's Motion to Appoint Receiver and the Hearing on that Motion, which is set for Monday, October 24, 2011 at 10:00 a.m.  See In re San Vicente Partners Ltd., 962 F.2d 1402, 1407–08 (9th Cir. 1992).  Such notice shall be sent to the last known address of each of those four individuals.  If those individuals are represented by an attorney, notice shall also be provided to their attorneys.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, October 12, 2011.

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE

United States v. Kahre, CR No. 2:05-0121 DAE-RJJ; ORDER DIRECTING THE GOVERNMENT TO PROVIDE NOTICE