IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 2:05-CR-121(1)-DAE |
| ROBERT DAVID KAHRE, | ) ) ) |
| Defendant. | ) ) |

## ORDER SCHEDULING HEARING

The Court hereby schedules a hearing on **Friday, May 16, 2014 at 1:00 p.m.**, at the United States District Court for the District of Nevada, 333 Las Vegas Boulevard, South, Las Vegas, Nevada, in a Courtroom to be determined, on Receiver's Motion for Order Authorizing Sale of Personal Property by Private Sale (Dkt. # 2815) and Receiver's Motion to Amend Order Granting Government's Motion to Appoint Receiver (Dkt. # 2816).

IT IS SO ORDERED.

DATED: Las Vegas, Nevada, March 4, 2014.

David Alan Ezra
United States District Judge