IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:05-CR-121-DAE-RJJ-1 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| ROBERT DAVID KAHRE, | ) | |
| Defendant. | ) | |

ORDER SCHEDULING HEARING

The Court hereby provides notice to the parties regarding the courtroom for the hearing scheduled on **Friday, May 16, 2014 at 1:00 p.m.**, at the United States District Court for the District of Nevada, 333 Las Vegas Boulevard, South, Las Vegas, Nevada. The hearing on Receiver's three motions (Dkt. ## 2815, 2816, and 2840) shall take place in **Courtroom 4(a)**.

IT IS SO ORDERED.

DATED: Las Vegas, Nevada, May 12, 2014.

David Alan Ezra
Senior United States Distict Judge