IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | § | CR NO. 2:05-CR-121-DAE-RJJ-1 |
|---|---|---|
| Plaintiff, | § | |
| v. | § | |
| ROBERT DAVID KAHRE, | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION TO HAVE OREGON PROPERTY APPLIED TO RESTITUTION JUDGMENT

Before the Court is a Motion to Have Oregon Property Applied to Restitution Judgment, filed by Receiver Rob Evans & Associates, LLC (the "Receiver") on October 30, 2014 (Dkt. # 2876). Having reviewed the motion and the accompanying documents, the Court **GRANTS** the Motion. Accordingly, the Court orders that:

(1) The real property located at 62436 Mink Lane, Summerville, Oregon (the "Property") be applied to the Restitution Judgment; and

(2) The Property be turned over to the Receiver's exclusive custody and control.

The Court hereby **GRANTS** the Receiver the authority to execute any documents that the Receiver deems necessary to effectuate the sale or other disposition of the Property, free and clear of all liens.

**IT IS SO ORDERED.**

**DATED**: Las Vegas, Nevada, June 12, 2015.

_____
David Alan Ezra
Senior United States Distict Judge