UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT D. KAHRE, | § | No. 2:05-CR-121-DAE |
| Petitioner, | § | |
| vs. | § | |
| UNITED STATES, | § | |
| Respondent. | § | |

ORDER DIRECTING RESPONDENT TO FILE A RESPONSE

Before the Court is Robert D. Kahre's ("Petitioner") Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 file on October 9, 2015. (Dkt. #2892)[1] The United States ("Respondent") has not filed a Response to the Motion.

Therefore, it is **ORDERED** that Respondent file a Response to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 no later than thirty (30) days from the date of this Order.

**IT IS ORDERED**

**DATE:** January 12, 2016.

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner filed an identical Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 on October 6, 2015. (Dkt. # 2890.) Since both motions are identical and it appears that the two motions were docketed as an administrative error, the Court will consider the motions together.