UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT D. KAHRE, | § | No. 2:05-CR-121-DAE |
| Petitioner, | § § § | |
| vs. | § § | |
| UNITED STATES, | § § | |
| Respondent. | § § | |

ORDER SCHEDULING HEARING

The Court herby schedules a hearing on Thursday, June 23, 2016 at 9:00 a.m., at the United States District Court for the District of Nevada, 333 Las Vegas Boulevard, South, Las Vegas, Nevada, in Courtroom 4B, on Petitioner's Motion to Vacate under 28 U.S.C. 2255 filed by Robert David Kahre (Dkt. # 2892).

IT IS SO ORDERED.

DATED: Las Vegas, Nevada, February 2, 2016.

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE