UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | No. 2:05-CR-121(1)-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| ROBERT DAVID KAHRE, | § | |
| | § | |
| Defendant. | § | |

ORDER (1) APPROVING RECEIVER'S FINAL REPORT AND
ACCOUNTING; (2) APPROVING FEES AND EXPENSES; AND (3)
<u>DISCHARGING RECEIVER</u>

Before the Court are six unopposed motions filed by Robb Evans &

Associates LLC, as the Court-appointed Receiver for certain real and personal

property, of Defendant Robert Kahre. (Dkts. ## 2926−31.) The Court, having

reviewed and considered the motions and supporting documentation, filed by the

Court-appointed Receiver, **GRANTS** the motions. The Court hereby **ORDERS**

the following:

1. The Court **APPROVES** the Receiver's final report and accounting.

The Court finds that the Receiver has collected a total of $513,051.95 for the

Receivership Estate, consisting of $93,939.95 in net proceeds from the sale of

precious metals, and $419,112.00 in net proceeds from the sale of real property;

2. The Court **APPROVES** total Receivership fees and expenses in the amount of $168,456.49.  Such fees and expenses shall be paid from the Receivership Estate.  The Receiver shall transfer the resulting surplus to the Internal Revenue Service to be applied toward the final judgment of restitution;

3. The Court **AUTHORIZES** the Receiver to abandon any un-administered assets, and to destroy Receivership records;

4. The Receiver is hereby **DISCHARGED** and relieved of all legal duties and liabilities related to and arising out of its administration of the Receivership Estate;

**IT IS SO ORDERED.**

**DATE:** Las Vegas, Nevada, August 31, 2016.

DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE