UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | No. 2:05-CR-121-DAE-RJJ-1 |
| Plaintiff, | § | |
| v. | § | |
| ROBERT DAVID KAHRE, | § | |
| Defendant. | § | |

ORDER GRANTING DEFENDANT'S MOTION TO FILE UNDER SEAL

Before the Court is Defendant Robert David Kahre's Motion to File Under Seal. (Dkt. # 2961.) In the motion, Defendant requests for permission to file and maintain Dkt. # 2960 under seal because it contains Defendant's medical records. Defense counsel has stated that the United States Attorney's Office has been manually served with a copy of the filing. (Dkt. # 2961.) Upon considering the motion, the Court hereby **GRANTS** the motion.

**IT IS ORDERED** that Dkt. # 2960, consisting of medical records from the Bureau of Prisons, be filed under seal.

**IT IS FURTHER ORDERED** that the medical records remain under seal pending further order from this Court.

**DATED**: November 17, 2020.

_____
David Alan Ezra
Senior United States District Judge