UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | No. 2:05-CR-121-DAE-RJJ-1 |
| Plaintiff, | § | |
| v. | § | |
| ROBERT DAVID KAHRE, | § | |
| Defendant. | § | |

ORDER FOR RESPONSE

The matter before the Court is Defendant, ROBERT DAVID KAHRE's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) filed on November 16, 2020.  (Dkt. # 2959.)  Defendant requests that the Court reduce his sentence or alternatively authorize the remaining portion of his sentence to be served in home confinement.  (Id.)  Defendant also requests an expedited briefing schedule in the case.  (Id.)

Upon review of these matters, the Court has determined that this filing requires a response from the Government.  Accordingly, the Court **ORDERS** the Government to file a response to the above-mentioned matter **no later than November 30, 2020.  After receipt and review of this response, the Court will advise the parties if further briefing or a hearing is necessary.**

**IT IS SO ORDERED.**

**DATED**: November 17, 2020.

_____
David Alan Ezra
Senior United States District Judge