UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| United States of America, | § § | |
| Plaintiff, | § | NO:  2:05-CR-00121(1)-DAE |
| vs. | § § | |
| (1) Robert Kahre, | § § | |
| Defendant. | § § | |

### ORDER SETTING EVIDENTIARY HEARING (IN PERSON)

It is hereby ORDERED that the above entitled and numbered case is set for a in person evidentiary hearing for the pending Emergency Motion for Compassionate Release from Incarceration (Dkt no. 2959) before Senior U.S. District Judge David A. Ezra in a Courtroom TBD, at the Lloyd D. George Courthouse, 333 S. Las Vegas Blvd, Las Vegas, NV 89101 on **Wednesday, May 12, 2021 at 09:00 AM**.

### Pretrial Submissions

The Court **ORDERS** all parties to serve and file the following information by the close of business **Monday, May 03, 2021**:

(1) A list of stipulated facts.

(2) An appropriate identification of each exhibit as specified in this rule (except those to be used for impeachment only), separately identifying those that the party expects to offer and those that the party may offer if the need arises.

(3) The name and, if not previously provided, the address and telephone number of each witness (except those to be used for impeachment only), separately identifying those whom the party expects to present and those whom the party may call if the need arises.

(4) The name of those witnesses whose testimony is expected to be presented by means of a deposition and designation by reference to page and line of the testimony to be offered (except those to be used for impeachment only) and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony.

(5) An estimate of the probable length of hearing.

**Objections to Pretrial Submissions**

The Court also **ORDERS** both parties to serve and file the following information by close of business on **Wednesday, May 05, 2021**:

(1) A list disclosing any objections to the use under Rule 32(a) of deposition testimony designated by the other party.

(2) A list disclosing any objection, together with the grounds therefore, that may be made to the admissibility of any exhibits. Objections not so disclosed, other than objections under Federal Rules of Evidence 402 and 403 shall be deemed waived unless excused by the court for good cause shown.

It is further ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services, the United States Probation Office, and the United States Marshals Office.

IT IS SO ORDERED.

DATED: San Antonio, Texas March 24, 2021.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE