| FILED | RECEIVED |
| ENTERED | SERVED ON |
| COUNSEL/PARTIES OF RECORD | |

MAY 12 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | No. 2:05-CR-121-DAE-RJJ-1 |
| Plaintiff, | § | |
| v. | § | |
| ROBERT DAVID KAHRE, | § | |
| Defendant. | § | |

ORDER GRANTING EMERGENCY MOTION FOR COMPASSIONATE RELEASE
FROM INCARCERATION

Before the Court is Defendant Robert Kahre's Emergency Motion for Compassionate Release From Incarceration, filed on November 16, 2020. (Dkt. # 2959.) The Government filed a response on November 30, 2020. (Dkt. # 2965.) After due hearing, careful review of the record in this case and in light of the COVID-19 pandemic, the Court **GRANTS** Defendant's motion for compassionate release.

For the reasons pronounced by the Court at the hearing held on May 12, 2021, the Court finds that Defendant is eligible for compassionate release at this time under 18 U.S.C. § 3582(c). Defendant's motion is **GRANTED**.

**IT IS NOW THE ORDER AND SENTENCE** of this Court that the defendant is remanded to the custody of the Bureau of Prisons to be imprisoned for a total term of **TIME SERVED**. **The Defendant is to be released from custody immediately.** Upon release, Kahre shall call Probation to schedule an appointment.

1

Upon release from confinement, the defendant shall begin a term of **THREE (3) YEARS** supervised release. During the term of supervised release, Defendant shall abide by all conditions incorporated in the Judgment (Dkt. # 2615) issued by this Court on December 3, 2009.

In addition, the defendant shall abide by the following special condition.

1) The defendant shall remain under home incarceration until he is fully vaccinated. The defendant is restricted to his residence at all times except for when attending a medical appointment as pre-approved by the probation officer. Upon the defendant completing and showing he is fully vaccinated; the U.S Probation officer is authorized to terminate this condition.

The Clerk shall serve a copy of this Order on the United States Marshal, the United States Probation Services Office, and the Federal Bureau of Prisons.

**IT IS SO ORDERED.**

**DATED**: May 12, 2021.

David Alan Ezra
Senior United States District Judge